MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:  (702) 851-2180
Facsimile:   (702) 851-2189
Email:        *mbourassa@blgwins.com*
                 *jfornetti@blgwins.com*
                 *vchristian@blgwins.com*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLISHA PHILLIPS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL WILLIAMS, an individual; LOUDERBACK LOGISTICS, LLC, a foreign business entity; EMPLOYER DOE 1; DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:24-cv-00318-JAD-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1(a), the parties, through their respective counsel, conducted a discovery conference on February 27, 2024, and hereby submit to the Court the following proposed Discovery Plan and Scheduling Order:

**A.**     **Initial Disclosures**

The parties will make their initial disclosures by **March 12, 2024.**

**B.**     **Areas of Discovery**

The parties believe that the areas of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**C.**     **Discovery Plan**

Accordingly, pursuant to Local Rule 26-1(b), the parties propose the following Discovery Plan for this matter as it currently stands (for deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day):

| Event | Date |
| --- | --- |
| Discovery Cut-Off Date | **August 12, 2024** (180 days after Defendants' first appearance in Federal Court which was **February 14, 2024**) |
| Amending Pleadings and Adding Parties | **May 14, 2024** (90 days to close of discovery) |
| Initial Expert Designations | **June 13, 2024** (60 days to close of discovery) |
| Rebuttal Expert Designations | **July 15, 2024** (30 days to close of discovery, next judicial day) |
| Dispositive Motion Deadline | **September 11, 2024** (30 days after discovery closes) |
| Pretrial Order | **October 11, 2024** (30 days after the dispositive motion deadline unless dispositive motions are filed, in which case the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order) |

### D.    Court Conferences

If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

**E.     Extensions or Modifications of the Discovery Plan and Scheduling Order**

All motions or stipulations to extend a deadline set forth in this discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline, must satisfy the requirements of LR 26-3, and be supported by good cause for the extension.

**F.     Alternative Dispute Resolution**

The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

**G.     Alternative Forms of Case Disposition**

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**H.     Fed. R. Civ. P. 26(a)(3) Disclosures**

Unless the discovery plan otherwise provides and the court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

**I.     Electronic Evidence**

The parties certify that they have discussed and intend to present evidence in electronic format to jurors for the purposes of jury deliberations and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system.  At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the joint pretrial order.

**J.     Consent to Service by Electronic Means through Electronic Mail**

The undersigned, on behalf of Plaintiff and Defendants, hereby consent to service of documents by electronic means via electronic mail and/or by U.S. Mail. Documents served by electronic means must be transmitted to the following persons at the e-mail address below:

- Plaintiff's Attorneys: Jennifer A. Fornetti, Valerie S. Christian and Mark J. Bourassa of The Bourassa Law Group
    - E-Service Address:
        jfornetti@blgwins.com,    vchristian@blgwins.com,    mbourassa@blgwins.com, kvandermiller@blgwins.com

- Defendants' Attorneys: Melissa J. Roose, Esq. and Robert L. Thompson, Esq. of Resnick & Louis, P.C.
    - E-Service Address:

        Mroose@rlattorneys.com, rthompson@rlattorneys.com,

        sjackson@rlattorneys.com, balexander@rlattorneys.com

DATED this 5th day of March, 2024                           DATED this 5th day of March, 2024

**THE BOURASSA LAW GROUP**                                **RESNICK & LOUIS, P.C.**


By: _Jennifer A. Fornetti_____                   By: _Melissa J. Roose_____
   MARK J. BOURASSA, ESQ. (NBN 7999)                         Melissa J. Roose, Esq. (NBN 7889)
   JENNIFER A. FORNETTI, ESQ. (NBN 7644)                     Robert L. Thompson, Esq. (NBN 9920)
   VALERIE S. CHRISTIAN, ESQ. (NBN 14716)                    8945 W. Russell Road, Suite 330
   2350 W Charleston Blvd, Suite 100                         Las Vegas, NV 89148
   Las Vegas, Nevada 89102                                   *Attorneys for Defendants*
   *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3/6/2024

-4-