**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
Robert L. Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
rthompson@rlattorneys.com
*Attorneys for Defendants,*
*Darryl Williams and*
*Louderback Logistics, LLC*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CARLISHA PHILLIPS, an individual,<br><br>  Plaintiff,<br>v.<br><br>DARRYL WILLIAMS, an individual; LOUDERBACK LOGISTICS, LLC, a foreign business entity; EMPLOYER DOE 1; DOES 1 through 20, inclusive;<br><br>  Defendants. | CASE NO.: 2:24-cv-00318-JAD-DJA |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court approve this stipulation, each side shall bear its own attorney's fees and costs.

APPROVED AND STIPULATED AS TO FORM AND CONTENT:

Dated: April 12, 2024.

**THE BOURASSA LAW GROUP**

/s/ Jennifer Fornetti

Mark J. Bourassa, Esq., SBN: 7999
Jennifer A. Fornetti, Esq., SBN: 7644
Valerie S. Christian, Esq., SBN: 14716
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102
*Attorneys for Plaintiff*
*Carlisha Phillips*

Dated: April 18, 2024.

**RESNICK & LOUIS, P.C.**

/s/ Melissa J. Roose

Melissa J. Roose, Esq., SBN: 7889
Robert L. Thompson, Esq., SBN: 9920
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Darryl Williams and*
*Louderback Logistics, LLC*

## ORDER

Based on the parties' Stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that **this ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of the Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
April 19, 2024

2